# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARLON CARTER

NO. 2021 KW 0361

MAY 27, 2021

---

In Re:   19th Judicial District Court, Parish of East Baton Rouge, No. 04-15-0006.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**REHEARING GRANTED. STAY VACATED.** This court, *ex proprio motu*, grants a rehearing in the above-numbered matter and orders that the May 13, 2021 stay order signed by Commissioner Kimble is hereby vacated. The district court is ordered to rule on relator's application for postconviction relief, filed January 27, 2020, on or before June 14, 2021, and to provide this court with a copy of its ruling by June 21, 2021.

                                        **JMM**
                                        **GH**
                                        **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT